JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IGNACIO VERA,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIC THOMAS,<br>　　　　　　　Defendant. | Case No. CV 26-00064 FMO (KESx)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of April, 2026.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States District Judge